UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:

Mary L. Hayes

Debtor(s)

CASE NO: 18-32168

CHAPTER 7

JUDGE: John P. Gustafson

**TRUSTEE'S TRANSMITTAL OF
UNCLAIMED FUNDS / DIVIDENDS UNDER FIVE DOLLARS**

Douglas Dymarkowski, Trustee of this estate, reports the following:

Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 00004B | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101 | $3,680.98 | $3,680.98 |
| 00004A | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101 | $10,799.55 | $9,795.61 |

Your trustee has deposited via ACH the sum of $13,476.59 payable to the Clerk of the United States Bankruptcy Court.

Dated: August 14, 2020

/s/ Douglas Dymarkowski
Douglas Dymarkowski, #0063501
Chapter 7 Trustee
5431 Main Street
Sylvania, OH 43560-2155
Phone: (419) 882-4999
Fax: (419) 754-2284
doug.dadlaw@bex.net